# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-2182

_____

Joe Henry Bandy, III

*Plaintiff - Appellant*

v.

Commissioner of Correction; Jeff Peterson; Craig Oseland

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: April 18, 2017
Filed: April 21, 2017
[Unpublished]

_____

Before GRUENDER, ARNOLD, and BENTON, Circuit Judges.

_____

PER CURIAM.

Joe Bandy, a civilly committed detainee at the Minnesota Sex Offender Program, appeals following the district court's[1] adverse grant of judgment on the

---

[1] The Honorable John R. Tunheim, Chief Judge, United States District Court for the district of Minnesota, adopting the report and recommendations of the Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota.

pleadings in his 42 U.S.C. § 1983 action. Upon careful consideration of Mr. Bandy's appellate arguments and the district court record, <u>see</u> <u>McIvor v. Credit Control Servs., Inc.</u>, 773 F.3d 909, 912-13 (8th Cir. 2014) (reviewing de novo grant of judgment on the pleadings), we find no basis for reversal.

Accordingly, the judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

_____